UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:11-cv-23261-UU

JAN BENSON SEGAL,

    Plaintiff,

vs.

HOWIE'S PROMENADE SHELL, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JAN BENSON SEGAL, provide this Notice of Settlement, and states that the parties have reached an agreement with Defendants as to the resolution of all claims against them. Plaintiff and the undersigned counsel anticipate submitting a joint stipulation of dismissal to the Court for approval within 10 days.

[*signature and certificate on following page*]

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 8th day of December 2011. We further certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

          Respectfully submitted,

By:   /s/ Daniel B. Reinfeld
      DANIEL B. REINFELD, ESQ.
      Florida Bar No.: 174815
      DILL & REINFELD, PLLC
      Attorneys for Plaintiff
      Wells Fargo Financial Center
      1909 Tyler Street, Suite 405
      Hollywood, FL 33020
      Telephone: (954) 494-4131
      Facsimile: (954) 628-5054
      E-Mail: dan@reinfeldlaw.com

<u>Service List</u>

JOSE ANTONIO LOREDO, ESQ.
CARLTON FIELDS
Attorneys for Defendant
100 SE 2nd Street
Suite 4000 PO Box 019101
Miami, FL 33131-9101
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Email: jloredo@carltonfields.com